**Brief Stricken and Order filed April 16, 2019**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-01115-CV
_____

## IN THE INTEREST OF P.N.T., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2017-04069J**

## ORDER

This is a parental-rights termination case. The brief of appellant C.W.T. (Father) brief discloses the names of the child's paternal grandparents, who are intervenors. The child's identity may be ascertainable from the grandparents' names. The court may order that a minor's parent or other family member be identified only by an alias if necessary to protect a minor's identity. Tex. R. App. P. 9.8(b)(1)(B).

Accordingly, the court orders as follows:

1. Father's brief, filed April 5, 2019, is **STRICKEN**.

2. To protect the identity of the child at issue in this case, the child's parents and other family members must be identified only by an alias.

Tex. R. App. P. 9.8(b)(1)(B).

3. Appointed counsel for Father, Donald Crane, shall file a brief that complies with Rule 9.8(b)(1) and this order by **April 19, 2019**.

4. If Crane does not file a brief as required by this order, he may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel Consists of Justices Christopher, Bourliot, and Zimmerer